**Stanton Q. SHELTON, Appellant,**

v.

**ST. LOUIS CITY, Appellee.**

No. 10–1602.

United States Court of Appeals,
Eighth Circuit.

Submitted: July 6, 2010.

Filed: July 9, 2010.

Stanton Q. Shelton, St. Louis, MO, pro se.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Stanton Shelton, a resident of the St. Louis Psychiatric Rehabilitation Center (SLPRC), appeals the district court's[1] 28 U.S.C. § 1915(e)(2)(B) dismissal without prejudice of his 42 U.S.C. § 1983 false-imprisonment complaint against the City of St. Louis. Upon de novo review, *see*

1. The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

*Moore v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam), we find no error in the district court's dismissal, *see Monell v. Dep't of Soc. Servs.,* 436 U.S. 658, 694–95, 98 S.Ct. 2018, 56 L.Ed.2d 611 (1978) (local government body may be held liable under § 1983 only if alleged unconstitutional conduct implements official policy or custom); *Gibson v. Weber,* 433 F.3d 642, 647 (8th Cir.2006) (court has discretion to decline to exercise supplemental jurisdiction over claim if it has dismissed all claims over which it has original jurisdiction); *Wray v. Ross,* 6 Fed.Appx. 544, 545 (8th Cir.2001) (unpublished per curiam) (person committed to SLPRC cannot attack fact or duration of confinement in § 1983 complaint; remedy in first instance is to apply to state court for release).

Accordingly, we affirm. *See* 8th Cir. R. 47B.